Andrew C. Brassey (ISB No. 2128)
John M. Howell (ISB No. 6234)
BRASSEY, CRAWFORD & HOWELL, PLLC
203 W. Main Street
P.O. Box 1009
Boise, Idaho 83701-1009
Telephone: (208) 344-7300
Facsimile: (208) 344-7077

SPECIAL DEPUTY ATTORNEY GENERAL
for Defendants Schwellar, Welsh, JeanBlanc, Smith, and Siegert

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| EDWARD DEAN OLSON,<br>Plaintiff,<br>vs.<br><br>JOHANNA K. SMITH; TEREMA CARLIN; BRENT D. REINKE; FRANK WELSH; JEFF BLACK; JAMES BRADNER; JENNIFER WEBB; PAUL SCHWELLER; MIKE CURTIS; RON JEAN BLANC; RONA SIEGERT; CLEARWATER COUNTY; CLEARWATER COUNTY SHERIFF; CLEARWATER COUNTY JAIL; CLEARWATER COUNTY SHERIFF'S OFFICE EMPLOYEES; TONY MARSH; CHRIS GOETZ; RICK MILLER; KRISTOPHER BEN HULSING; CURTIS BUELL BERRY; JOSEPH CHARLES RINTELIN III; SHIRLEY ROANE; CORRECTIONAL MEDICAL SERVICES, INC; LARRY HYNES; JAN EPP; JEFF SHEEHAN; KIM MILLER, R.N.; LINDA GERKE; LOIS ADRIAN, M.D.; PHILIP PETERSON, M.D.; CLAYTON JAMES BUNT, M.D.; RORY YORK, N.P.; MICHAEL TAKAGI, P.A.; KIM EDWARDS, R.N.; LOIS WHITWORTH, R.N.; DENTIST MILLER; DOROTHY BRANDT; and JOHN AND JANE DOES 1-80,<br><br>Defendants. | Case No. 1:10-CV-586-CWD<br><br>**IDOC DEFENDANTS' NOTICE OF COMPLIANCE** |

COME NOW Defendants Schwellar, Welsh, JeanBlanc, Smith, and Siegert (collectively referred to as "IDOC Defendants"), by and through counsel of record, Brassey, Crawford & Howell, PLLC, and in an effort to comply with the Court's Order dated July 9, 2013 [Dkt. No. 219] pertaining to the Court's inquiry as to whether Plaintiff has been given the opportunity to view the DVD produced by the Clearwater County Defendants, respectfully submit the following:

The undersigned has communicated with IDOC Resource Officers at ISCI and SICI in an effort to determine whether Plaintiff has had an opportunity to view the subject DVD. The record indicates that the Clearwater County Defendants produced to Plaintiff during the course of this litigation DVDs and flash drives that purport to contain video from the Clearwater County Jail. IDOC records indicate that on or about March 22, 2012, Plaintiff provided the ISCI Resource Center with a CD/DVD and two flash drives. Plaintiff represented to the Resource Officer that the materials contained video from the Clearwater County Jail. IDOC records further reflect that on or about December 7, 2012, Plaintiff provided the Resource Officer at ISCI a CD/DVD. No IDOC employee or representative has viewed the CD/DVDs or flash drives. On March 12, 2013, Plaintiff was transferred to IMSI. The CD/DVDs and flash drives were mailed from ISCI to IMSI; however, apparently there was an issue with the mailing and they remained in the mail room until May 23, 2013, at which time they were sent to the SICI Resource Center, as Plaintiff had been transferred to SICI on or about May 2, 2013. The CD/DVDs and flash drives are located in the SICI Resource Center where Plaintiff is currently housed. Equipment is and has been available to allow Plaintiff to view the CD/DVDs and flash drives. If Plaintiff had asked, he would have been given the opportunity to view the materials. However, at no time has Plaintiff requested to view the CD/DVDs or flash drives.

Therefore, the IDOC Defendants provide notice to the Court that Plaintiff has had an opportunity to view the DVD for well over a year, but Plaintiff did not view it.

DATED this 11th day of July, 2013.

BRASSEY, CRAWFORD & HOWELL, PLLC

By /s/ John M. Howell
John M. Howell, Of the Firm
Attorneys for Attorney for Defendants Schwellar, Welsh, JeanBlanc, Smith, and Siegert

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 11th day of July, 2013, I served a true and correct copy of the foregoing **IDOC DEFENDANTS' NOTICE OF COMPLIANCE** , upon each of the following individuals by causing the same to be delivered by the method and to the addresses indicated below:

| | | |
|---|---|---|
| Edward Olson #29958<br>SICI - MCU - A-4<br>P.O. Box 8509<br>Boise, ID 83707 | x<br>____<br>____<br>____<br>____ | U.S. Mail, postage prepaid<br>Hand-Delivered<br>Overnight Mail<br>Facsimile<br>ECF |
| John J. Burke<br>Robert Berry<br>Elam & Burke, P.A.<br>251 E. Front Street, Ste. 300<br>P. O. Box 1539<br>Boise, ID 83701<br>*Attorneys for Corizon, Inc., f/k/a Correctional Medical Services, Inc.; Kim Miller; Linda Gehrke; Michael Takagi, PA* | ____<br>____<br>____<br>____<br>x | U.S. Mail, postage prepaid<br>Hand-Delivered<br>Overnight Mail<br>Facsimile<br>ECF |
| Sonyalee R. Nutsch<br>Clements, Brown & McNichols, P.A.<br>321 13th Street<br>P.O. Box 1510<br>Lewiston, ID 83501<br>*Attorneys for Defendants Clearwater County, Chris Goetz, Joseph C. Rintelen, III, Kristopher B. Hulsing, and Curtis B. Berry* | ____<br>____<br>____<br>____<br>x | U.S. Mail, postage prepaid<br>Hand-Delivered<br>Overnight Mail<br>Facsimile (208) 746-0753<br>ECF |

/s/ John M. Howell
John M. Howell